Jody Carr #79004
ISCC-A-20-Segregation Unit
P.O. Box 70010
Boise, Id. 83707

Case No: 1:20-cv-00314-DCN
Date: 7/23/21
Inmate Name: Carr
Inmate IDOC#: 79004
Document Title: SUPPLEMENT TO MOTION TO RECONSIDER
Total Pages: 3   Inmate Initials Verifying Page Count: ___
Document(s) 1 of 1

Case No. 1:20-cv-00314-DCN

Supplemental Information:

On 7-19-21, the Inmates of D-1 at ISCC were Transferred to Idaho's Maximum Security Institution (IMSI) as Punishment for signing Declarations and Class Action Lawsuit Attempt. They were unconstitutionally Double-Celled in Close Custody.

Me... I was Thrown in The Hole under Vague Regulations of "Transit" status, Only Me. All others went to IMSI. This Seperates Us so they cannot support me, nor I them. This was to STOP the Class Action Lawsuit Attempts. AGAIN.

This is just an Update.

Notice of Address Change: I'm now at:

Jody Carr #79004
ISCC-A-20-Segregation Unit
P.O. Box 70010
Boise, Id. 83707

Please See Attached Exhibit - DD-01.

I declare under the penalty of perjury, all statements herein, are true to the best of my knowledge.

Jody Carr #79004

7-21-21

IDAHO DEPARTMENT OF CORRECTION
Release from Restrictive Housing to Transit Form



Facility: ISCC
Date: **7/19/2021**

Inmate Name: **Carr**          IDOC Number: **79004**

Inmate is released from restrictive housing and remains in A-Block in the following status:

☒ Transit

Comments (if any): **Determining Appropriate Housing**

> Transit status must have the following additional standards while in the restrictive housing unit:
> - Opportunities for three hours or more a day out of cell time
> - Property for general population in accordance with *Property: State-Issued and Inmate Personal Property*, SOP 320.02.01.001
> - Access to visitation

Accommodations for inmates with visual, hearing or mobility requirements, those with a language barrier or who are non-English speaking, or those with a medical or mental health concern that may worsen with placement in restrictive housing:
Click here to enter text.

Authorizing Supervisor:  Sgt. Wilson A537  Title: A-Block Sergeant  Date: 07/19/2021

Distribution
Original: to central file
Copy: to housing unit
Copy: to inmate

Exhibit - DD-01

319.02.01.001
(Last updated 05/15/18)

Jody Carr #79004
ISCC-A-20-Segregation Unit
P.O. Box 70010
Boise, Id. 83707

Case No. 1:20-cr-00146-DCN

Supplement to Motion to Reconsider.

On 7-19-21, the Inmates of D-1 at ISCC were Transferred to Idaho's Maximum Security Institution (IMSI) and unconstitutionally Double-Celled in Close Custody despite Balla Injunction and the Standards, as #1. Punishment for Supporting me with Evidence to this case; and #2. To Segerate Us so I cannot Gather Evidence or Continue Class Action Attempts.

You see.... I was not Transferred.... I was Thrown In The Hole....... AGAIN.

Which is WHY I keep trying to file Under Imminent Danger.

That's all, just an update.

Notice Change of Address: I'm now at:
Jody Carr #79004
ISCC-A-20-Segregation Unit
P.O. Box 70010
Blise, Id. 83707

I declare under penalty of perjury all statements herein, are true to the best of my knowledge.

7-21-21